UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, )
)
         Plaintiff, ) Case No. CR02-16-JCC
)
v. )
) **PROPOSED FINDINGS OF**
STEPHEN MICHAEL IRISH, ) **FACT AND DETERMINATION**
) **AS TO ALLEGED**
         Defendant. ) **VIOLATIONS OF**
) **SUPERVISED RELEASE**

INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on November 25, 2008. The defendant appeared pursuant to a summons. The United States was represented by Michael Scoville, and defendant was represented by Kristine Costello. Also present was U.S. Probation Officer Michael J. Larson. The proceedings were digitally recorded.

SENTENCE AND PRIOR VIOLATIONS

On August 16, 2002, the Honorable John C. Coughenour sentenced defendant to 21 months of imprisonment and five years of supervision following defendant's plea to Bank Fraud. On October 31, 2003, defendant began his supervision. Since his release, the probation department has filed three violation reports, one recommending no action and the other two involving consented modifications. The violation reports were filed based on new law violations, use of

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO VIOLATIONS OF
SUPERVISED RELEASE -1

drugs and alcohol and failing to pay restitution.  Based on these violation reports defendant has twice been reprimanded, referred for services and twice placed on home confinement.

## PRESENTLY ALLEGED VIOLATIONS AND DEFENDANT'S ADMISSION OF THE VIOLATION

In a petition dated October 30, 2008, Supervising U.S. Probation Officer Michael J. Larson alleged that defendant violated the following conditions of supervised release:

1. Failing to pay restitution for the months of July, August, September and October 2008 in violation of the special condition that defendant pay restitution as directed by the probation office.

Defendant admitted the violation.  He was advised of his right to an evidentiary hearing and waived any hearing as to whether the violations occurred.  Defendant was advised that a disposition hearing was scheduled for December 5, 2008, at 9 AM before the Honorable John C. Coughenour.  Defendant remains in the community.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of his supervised release as alleged above, and conduct a disposition hearing.

DATED this 25th day of November, 2008.

BRIAN A. TSUCHIDA
United States Magistrate Judge

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO VIOLATIONS OF
SUPERVISED RELEASE -2